1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND LONG, et al.,

          Plaintiffs,

    v.

TAMMY DORSET, et al.,

          Defendants.

Case No. 17-cv-02758-PJH

**ORDER DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT FACEBOOK**

Re: Dkt. No. 45

      In its February 22, 2019 order, this court dismissed six of the seven claims brought by plaintiffs in the above entitled action against defendant Facebook, Inc. ("defendant Facebook") with prejudice. Dkt. 45. In that order, the court dismissed plaintiffs' remaining claim against defendant Facebook without prejudice. Id. The court allowed plaintiffs until March 22, 2019 to file an amended pleading against defendant Facebook. Id. Subsequently, the court allowed plaintiffs until April 19, 2019 to file such pleading. Dkt. 51. Plaintiffs failed to file any such amended pleading within the time allowed.

      For the foregoing reasons, the court hereby DISMISSES this action as to defendant Facebook WITH PREJUDICE.

      **IT IS SO ORDERED.**

Dated: December 11, 2019

                        /s/ Phyllis J. Hamilton
                        PHYLLIS J. HAMILTON
                        United States District Judge