UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND LONG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TAMMY DORSET, et al.,<br><br>Defendants. | Case No. 17-cv-02758-PJH<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO DEFENDANT DORSET**<br><br>Re: Dkt. No. 53 |

In its April 23, 2019 order, this court allowed plaintiffs in the above-entitled matter an additional six months to serve defendant Tammy Dorset ("defendant Dorset") and any related Doe defendants. Dkt. 53. In that order, the court warned that failure to effect service upon such defendants would result in the court dismissing this action without prejudice. Id. On October 15, 2019, this court denied plaintiffs' request to extend time to serve such defendants beyond the October 23, 2019 deadline. Dkt. 59. To date, plaintiffs have failed to file any proof of service upon such defendants.

For the foregoing reasons, the court hereby DISMISSES this action as to defendant Dorset WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: December 11, 2019

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge