UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND LONG, et al.,

Plaintiffs,

v.

TAMMY DORSET, et al.,

Defendants.

Case No. 17-cv-02758-PJH

**JUDGMENT**

On February 22, 2019, the court dismissed plaintiffs' claims in the above entitled action against defendant Facebook, Inc. ("defendant Facebook") with and without prejudice. Dkt. 45. Plaintiffs failed to timely file an amended pleading against defendant Facebook with respect to those claims dismissed without prejudice. On December 11, 2019, the court dismissed plaintiffs' claims against defendant Tammy Dorset ("defendant Dorset") and any related Doe defendants for failure to serve.

It is Ordered and Adjudged

that plaintiffs take nothing, and that the action against defendant Facebook be dismissed with prejudice and that the action against defendant Dorset and any related Doe defendants be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: December 11, 2019

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge