1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

RAYMOND LONG, M.D., et al.,

Plaintiffs,

v.

TAMMY DORSET, et al.,

Defendants.

Case No.  17-cv-02758-PJH

**JUDGMENT**

On February 22, 2019, the court dismissed plaintiffs Raymond Long, M.D.'s and Bandha Yoga Publications, LLC's (collectively, "plaintiff") claims in the above-entitled action against defendant Facebook, Inc. ("defendant Facebook") with and without prejudice.  Dkt. 45.  Plaintiff failed to timely file an amended pleading against defendant Facebook with respect to those claims dismissed without prejudice.  Dkt. 60.  On December 11, 2019, the court dismissed plaintiff's claims against defendant Tammy Dorset ("defendant Dorset") and any related Doe defendant for failure to serve.  Dkt. 61. On December 11, 2019, the court entered judgment against plaintiff. Dkt. 62.

On April 23, 2021, the Ninth Circuit affirmed this court's dismissal with prejudice of all plaintiff's claims against defendant Facebook, except for the claim for contributory copyright infringement.  Dkt. 65.  The panel directed this court to permit plaintiff to leave to amend that single claim.  On September 17, 2021, the court again dismissed that claim with prejudice.  Thus, the court has finally adjudicated all claims in this action.

It is Ordered and Adjudged

that plaintiff take nothing, and that the action against defendant Facebook again be dismissed with prejudice and that the action against defendant Dorset and any related Doe defendants be dismissed without prejudice.

1

**IT IS SO ORDERED.**

2 Dated: September 17, 2021

3                                                          /s/ Phyllis J. Hamilton

4                                                          PHYLLIS J. HAMILTON
                                                           United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28